UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-23933-CIV-KING

MICHAEL ATTEA,

    Plaintiff,

v.

UNIVERSITY OF MIAMI MILLER SCHOOL
OF MEDICINE, A CAREER COUNSELING
CENTER, INC. d/b/a/ PHYSICIAN'S
DEVELOPMENT PROGRAM, LAWRENCE
HARMON, PHD., & ASSOCIATES, P.A,
LAWRENCE HARMON, ROBERT HERNANDEZ,
M.D., MARK O'CONNELL, M.D., GONZALO
QUESADA, M.D., P.A., GONZALO QUESADA,
and ANA CAMPO, M.D.,

    Defendants.
_____/

## ORDER GRANTING MOTIONS FOR SUMMARY JUDGMENT

**THIS MATTER** comes before the Court upon Magistrate Judge Alicia M. Otazo Reyes' August 7, 2014 Omnibus Report and Recommendation and Order (the "R&R") (DE 283), which recommends granting Defendants' various motions for summary judgment (DE 209, 215, 216, and 225). The Court has additionally considered Plaintiff's Objections and Appeal of Magistrate's Omnibus Order (the "Objections") (DE 285), filed on August 25, 2014, and Defendants' Response in Opposition to Plaintiff's Appeal of Magistrate Judge's Order and Objections to Magistrate Judge's Report and Recommendation (DE 286), filed on August 28, 2014.

## DISCUSSION

At the summary judgment stage of this action, the various Defendants filed four motions for summary judgment. *See* DE 209, 215, 216, 225. Despite this Court and Magistrate Otazo-Reyes' indulgence in granting Plaintiff's many requests for extensions to respond to the motions for summary judgment, Plaintiff wholly failed to file any memoranda of law in response to the motions. *See generally* R&R at 6-8. Based on Plaintiff's failure to comply with Rule 56 of the Federal Rules of Civil Procedure, Plaintiff's failure to comply with Rule 56.1 of the Local Rules for the Southern District of Florida, and a review of the facts and evidence listed in Defendants' various statements of undisputed facts submitted contemporaneously with their motions for summary judgment, Magistrate Otazo-Reyes found Defendants' various statements of material facts to be undisputed, and this Court agrees with that finding. The Court is also in agreement that Defendants' legal arguments in support of their motions for summary judgment, which stand unrebutted by Plaintiff, are persuasive and should be adopted by the Court.

Moreover, the Court finds Plaintiff's Objections to be unpersuasive. In the Objections, Plaintiff merely characterizes the granting of Defendants' motions for summary judgment as an unwarranted sanction, and asks the Court for yet another extension of time to respond to the motions. Even if this action may be categorized as a sanction, the Court finds that it is appropriate. Plaintiff's conduct in this case has been unacceptable and inexcusable, and Plaintiff has shown complete disregard for the Court's orders. Additionally, Plaintiff's conduct has resulted in unreasonable delay and interference with this Court's Scheduling Order (DE 164), including necessitating a cancellation of the trial date for this action to allow for Plaintiff's many extensions (the end result of which was Plaintiff's failure to timely respond).

## CONCLUSION

Therefore, it is **ORDERED, ADJUDGED, and DECREED**:

1. Magistrate Alicia M. Otazo-Reyes Omnibus Report and Recommendation and Order **(DE 283)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court.

2. Defendants A CAREER COUNSELING CENTER, INC., LARRY HARMON PH.D. & ASSOCIATES, P.A., and LAWRENCE HARMON's Motion for Summary Judgment and Memorandum of Law **(DE 209)** be and the same is, hereby **GRANTED**.

3. Defendants ROBERT HERNANDEZ, M.D., MARK O'CONNELL, M.D., and ANA CAMPO, M.D.'s Motion for Final Summary Judgment as to Counts II (in part), III, VII, and IX and Supporting Memorandum of Law **(DE 215)** be, and the same is, hereby **GRANTED**.

4. Defendant UNIVERSITY OF MIAMI's Motion for Final Summary Judgment as to Counts I, II, III, V, VII, and IX and Supporting Memorandum of Law **(DE 216)** be, and the same is, hereby **GRANTED**.

5. Defendants GONZALO QUESADA, M.D. and GONZALO QUESADA, M.D., P.A.'s Motion for Final Summary Judgment as to Counts III, IV, VI, VIII, IX and Supporting Memorandum of Law **(DE 225)** be, and the same is, hereby **GRANTED**.

**DONE AND ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 16th day of October, 2014.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

Cc: Magistrate Judge Alicia M. Otazo-Reyes
All counsel of record